

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2015

No. 04-15-00127-CV

**EL CABALLERO RANCH, INC.** a/k/a El Caballero, LLC and Laredo Marine, LLC,
Appellants

v.

**GRACE RIVER RANCH, LLC** [ and County of La Salle, as third-party defendant],
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Stella Saxon, Judge Presiding

# O R D E R

Appellants' motion for extension of time to file a reply brief is GRANTED. Appellants' reply brief is due on August 12, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court